IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES D. GRISSOM, JR.                                                                                         PLAINTIFF

v.                          Case No.: 4:09-cv-4057

SHERIFF RON STOVALL, Miller
County, Arkansas;
WARDEN CHARLES NEFF,
Miller County Correctional Center; and
MAJOR G. TURNER, Miller County
Correctional Center                                                      DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

On December 17, 2009 and on January 13, 2010, mail was returned to the Court as undeliverable from attempts to deliver this mail to Plaintiff's address of record. Pursuant to Local Rule 5.5, the Plaintiff has an obligation to maintain a current address with the Court. The Court has attempted to find a current address for the Plaintiff through www.justicexchange.com, but no new address could be found.

It is the recommendation of the undersigned that the Complaint (Doc. 1) be dismissed for failure to comply with Local Rule 5.5 and for failure to prosecute this action.

**Plaintiff has fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 17th day of February 2010.

                                                                                 /s/ Barry A. Bryant
                                                                                 HON. BARRY A. BRYANT
                                                                                 UNITED STATES MAGISTRATE JUDGE