IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES D. GRISSOM, JR.                                              PLAINTIFF

VS.                              CASE NO. 09-CV-4057

SHERIFF RON STOVALL, Miller
County, Arkansas; WARDEN CHARLES
NEFF, Miller County Correctional Center;
and MAJOR G. TURNER, Miller County
Correctional Center                                                  DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on February 17, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 9). Fourteen (14) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's recommendation.

Accordingly, the Court finds that Plaintiff Charles D. Grissom, Jr.'s Complaint should be and hereby is dismissed on the ground that he has failed to maintain a current address with the Court in accordance with Local Rule 5.5 and failed to prosecute this action.

IT IS SO ORDERED, this 22nd day of March, 2010.

                                                  /s/Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  United States District Judge